# EXHIBIT B-1

New York Southern Live System

https://ecf.nysb.uscourts.gov/cgi-bin/DktRpt.pl?181482626183183...

CounDue, DebtEd, B2830, CLOSED, MDisCs

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 23-10341-cgm

*Assigned to:* Judge Cecelia G. Morris
Chapter 13
Voluntary
Asset

*Date filed:* 03/10/2023
*Date terminated:* 04/14/2023
*Debtor dismissed:* 04/10/2023
*341 meeting:* 04/14/2023

1st

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Marita Rosado**
244 Fifth Avenue apt R 200
New York, NY 10001
NEW YORK-NY
SSN / ITIN: xxx-xx-3691

represented by **Michael L. Previto**
Michael L. Previto
535 Broadhollow Road
Melville, NY 117474
631-379-0837
Fax : 631-698-0686
Email: mchprev@aol.com

*Trustee*
**Krista M. Preuss**
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 03/10/2023 | 1 (28 pgs; 3 docs) | Chapter 13 Voluntary Petition for Individual. Order for Relief Entered. Section 521(i) Incomplete Filing Date: 04/24/2023. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period - Form 122C-1 Due 03/24/2023 Means Test Calculation Form 122C-2 Due: 03/24/2023. Schedule E/F due 03/24/2023. Schedule I due 03/24/2023. Schedule J due 03/24/2023. Schedule J-2 due 03/24/2023. Chapter 13 Model Plan due 03/24/2023. Attorney Signature On Petition due 03/24/2023. Incomplete Filings due by 03/24/2023, Filed by Michael L. Previto of Michael L. Previto on behalf of Marita Rosado. (Attachments: # 1 Schedule petition part 2 # 2 |

| | | |
|---|---|---|
| | | Supplement petition part 3) (Previto, Michael) (Entered: 03/10/2023) |
| 03/10/2023 | | Receipt of Voluntary Petition (Chapter 13)( 23-10341 ) [misc.1161] ( 313.00) Filing Fee. Receipt number A16121493. Fee amount 313.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 03/10/2023) |
| 03/10/2023 | 2 (9 pgs) | Amended Voluntary Petition Filed by Michael L. Previto on behalf of Marita Rosado. (Previto, Michael) (Entered: 03/10/2023) |
| 03/13/2023 | | Deficiencies Set: Section 521(i) Incomplete Filing Date: 4/24/2023. List of all creditors due 3/24/2023. Incomplete Filings due by 3/24/2023, (Ferguson, Frances). (Entered: 03/13/2023) |
| 03/13/2023 | | Credit Counseling Deadline Set. Credit Counseling Certificate due: 3/10/2023. (Ferguson, Frances). (Entered: 03/13/2023) |
| 03/13/2023 | 3 (2 pgs; 2 docs) | Deficiency Notice (Ferguson, Frances). (Entered: 03/13/2023) |
| 03/13/2023 | 4 (3 pgs; 2 docs) | Chapter 13 341(a) Notice 341(a) meeting to be held on 4/14/2023 at 10:00 AM at Office of UST (TELECONFERENCE ONLY). with Confirmation hearing to be held on 5/11/2023 at 09:05 AM at Videoconference (ZoomGov) (CGM) Last day to object to dischargeability of a debt is 6/13/2023. Last day to Object to Confirmation 5/1/2023, Proofs of Claim due by 5/19/2023, (Ferguson, Frances). (Entered: 03/13/2023) |
| 03/13/2023 | 5 (2 pgs; 2 docs) | Notice of Hearing on Automatic Dismissal to be held on 5/11/2023 at 09:00 AM at Videoconference (ZoomGov) (CGM) (Fredericks, Frances). (Entered: 03/13/2023) |
| 03/15/2023 | 6 (1 pg) | Notice of Appearance filed by Phillip Andrew Raymond on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Spartan Funding I Trust. (Raymond, Phillip) (Entered: 03/15/2023) |
| 03/15/2023 | 7 (4 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # 4)) . Notice Date 03/15/2023. (Admin.) (Entered: 03/16/2023) |
| 03/15/2023 | 8 (2 pgs) | Certificate of Mailing Re: Deficiency Notice (related document(s) (Related Doc # 3)) . Notice Date 03/15/2023. (Admin.) (Entered: 03/16/2023) |
| 03/15/2023 | 9 (2 pgs) | Certificate of Mailing Re: Notice of Hearing on Automatic Dismissal (related document(s) (Related Doc # 5)) . Notice Date 03/15/2023. (Admin.) (Entered: 03/16/2023) |
| 03/23/2023 | 10 (2 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Peter Meltzer on behalf of Loan Funder LLC, Series 20201. (Attachments: # 1 Pleading Proposed Order) (Meltzer, Peter) (Entered: 03/23/2023) |

| | | |
|---|---|---|
| 03/23/2023 | | Receipt of Application for Pro Hac Vice Admission( 23-10341-cgm) [motion,122] ( 200.00) Filing Fee. Receipt number A16137416. Fee amount 200.00. (Re: Doc # 10) (U.S. Treasury) (Entered: 03/23/2023) |
| 04/06/2023 | 11 (1 pg) | Motion to Dismiss Case *voluntary dismissal as per the debtors application* filed by Michael L. Previto on behalf of Marita Rosado. (Previto, Michael) (Entered: 04/06/2023) |
| 04/06/2023 | 12 (2 pgs) | Amended Motion to Dismiss Case *notice oand decalration of voluntary dismissal replace prior submission* filed by Michael L. Previto on behalf of Marita Rosado. (Previto, Michael) (Entered: 04/06/2023) |
| 04/10/2023 | 13 (3 pgs; 3 docs) | Order Granting Motion To Dismiss Case (Related Doc # 12) signed on 4/10/2023. (DuBois, Linda) (Entered: 04/10/2023) |
| 04/10/2023 | 14 | Pending Deadlines Terminated RE: Confirmation Hearing; hearing not held, stricken dismissed; case voluntarily dismissed. (VanessaAshmeade) (Entered: 04/10/2023) |
| 04/10/2023 | | Pending Deadlines Terminated RE: Hearing on Automatic Dismissal; hearing not held, stricken moot; case voluntarily dismissed. (Ashmeade, Vanessa). (Entered: 04/10/2023) |
| 04/10/2023 | | Pending Deadlines Terminated. Deficiency deadlines terminated. Debtor dismissed. (DuBois, Linda). (Entered: 04/10/2023) |
| 04/12/2023 | 15 (3 pgs) | Certificate of Mailing Re: Order to Dismiss (related document(s) (Related Doc # 13)) . Notice Date 04/12/2023. (Admin.) (Entered: 04/13/2023) |
| 04/13/2023 | 16 (2 pgs) | Chapter 13 Trustee's Final Report and Account (Preuss, Krista) (Entered: 04/13/2023) |
| 04/14/2023 | 17 (2 pgs; 2 docs) | Order Discharging Trustee. (DuBois, Linda). (Entered: 04/14/2023) |
| 04/14/2023 | | Case Closed. (DuBois, Linda). (Entered: 04/14/2023) |
| 04/16/2023 | 18 (2 pgs) | Certificate of Mailing Re: Order Discharging Trustee (related document(s) (Related Doc # 17)) . Notice Date 04/16/2023. (Admin.) (Entered: 04/17/2023) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 02/04/2025 11:55:24 | | |
| PACER Login: | Client Code: | |

# EXHIBIT B-2

eSR, DomSup, DeBN, ProHacVice, **DISMISSED, CLOSED**

## U.S. Bankruptcy Court
### Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-23-44783-jmm

*Assigned to:* Jil Mazer-Marino
Chapter 13
Voluntary
Asset

*Date filed:* 12/28/2023
*Date terminated:* 04/09/2024
*Debtor dismissed:* 03/24/2024
*341 meeting:* 03/19/2024

2nd

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Marita P Rosado**
244 Fifth Avenue
Apt R200
New York, NY 10001-0001
NEW YORK-NY
SSN / ITIN: xxx-xx-3691

represented by **Marita P Rosado**
PRO SE

*Trustee*
**Michael J. Macco**
Michael J. Macco Trustee
2950 Express Dr S
Ste 109
Islandia, NY 11749
631-549-7908

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 12/28/2023 | 1 (65 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $0.00 Filed by MARITA P ROSADO Government Proof of Claim due by 6/25/2024. (hrm) (Entered: 12/28/2023) |
| 12/28/2023 | 2 | Notice of Chapter 13 Bankruptcy Case. Meeting of Creditors & Notice of Appointment of Interim Trustee Macco, Michael J. with 341(a) Meeting to be held on 2/20/2024 at 10:00 AM at Zoom.us/join - |

| | | |
|---|---|---|
| | | Macco; Meeting ID 434 662 7000, Passcode 4501396346, Phone 1 (631) 954-5771. Proofs of Claims due by 3/7/2024. (Entered: 12/28/2023) |
| 12/28/2023 | 3 (2 pgs; 2 docs) | Notice of Deficiency Concerning Requirement of Photo Identification for the Debtor.Debtor(s) Acceptable Photo Identification due by 1/11/2024. (hrm) (Entered: 12/28/2023) |
| 12/28/2023 | | Statement of Social Security Number (Form 121) **Filed Via Electronic Dropbox** (nwh) (Entered: 12/28/2023) |
| 12/28/2023 | 5 (1 pg) | Declaration Regarding Electronic Filing Filed by Marita P Rosado (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Marita P Rosado) **Filed Via Electronic Dropbox** (nwh) (Entered: 12/28/2023) |
| 12/28/2023 | 6 (3 pgs; 2 docs) | Deficient Filing Chapter 13: Filing fee for commencing a bankruptcy case pursuant to 28 U.S.C. 1930a due by 12/28/2023. Certificate of Credit Counseling due by 12/28/2023. Statement Pursuant to E.D.N.Y. LBR 1073-2b due by 12/28/2023. Last day to file Section 521(i)(1) documents is 2/12/2024. Chapter 13 Plan due by 1/11/2024. Copies of pay statements received from any employer due by 1/11/2024. Incomplete Filings due by 1/11/2024. (hrm) (Entered: 12/28/2023) |
| 12/28/2023 | 7 (6 pgs; 4 docs) | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 3/14/2024 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. Last day to Object to Confirmation 3/14/2024.Objections to 523 due by 4/22/2024. (hrm) (Entered: 12/28/2023) |
| 12/29/2023 | 11 (8 pgs) | Chapter 13 Plan dated December 29, 2023 Filed by Marita P Rosado (RE: related document(s)6 Deficient Filing Chapter 13). **Filed via Electronic Dropbox.** (hrm) (Entered: 01/02/2024) |
| 12/29/2023 | 12 (2 pgs) | Statement Pursuant to Local Bankruptcy Rule 1073-2(b). Filed by Marita P Rosado (RE: related document(s)6 Deficient Filing Chapter 13) **Filed via Electronic Dropbox** (hrm) (Entered: 01/02/2024) |
| 12/29/2023 | 13 (2 pgs) | Application to Pay Filing Fee in Installments . Filed by Marita P Rosado. **Filed via Electronic Dropbox** (hrm) (Entered: 01/02/2024) |
| 12/30/2023 | 8 (3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 12/30/2023. (Admin.) (Entered: 12/31/2023) |
| 12/30/2023 | 9 (2 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 12/30/2023. (Admin.) (Entered: 12/31/2023) |
| 01/02/2024 | 14 (2 pgs; 2 docs) | Order Granting Application To Pay Filing Fees In Installments. Balance Due: $ 313.00 (Related Doc # 13). Signed on 1/2/2024. (hrm) (Entered: 01/02/2024) |
| 01/04/2024 | 15 (1 pg) | Notice of Appearance and Request for Notice Filed by Linda St. Pierre on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Spartan Funding 1 Trust (St. Pierre, |

Live Database: nyeb_live                                          https://ecf.nyeb.uscourts.gov/cgi-bin/DktRpt.pl?169991998998723...

| | | |
|---|---|---|
| | | Linda) (Entered: 01/04/2024) |
| 01/04/2024 | 16 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 01/04/2024. (Admin.) (Entered: 01/05/2024) |
| 01/04/2024 | 17 (2 pgs) | BNC Certificate of Mailing with Copy of Order Notice Date 01/04/2024. (Admin.) (Entered: 01/05/2024) |
| 01/05/2024 | 18 (5 pgs; 4 docs) | Motion for Peter E. Meltzer to Appear Pro Hac Vice for Loan Funder LLC Series 16711 and Loan Funder LLC, Series 18250. Fee Amount $150. Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 16711. (Attachments: # 1 Proposed Order # 2 Affidavit # 3 Exhibit Certificate in Good Standing) (Meltzer, Peter) (Entered: 01/05/2024) |
| 01/05/2024 | | Receipt of Motion to Appear Pro Hac Vice( 1-23-44783-jmm) [motion,mprohac] ( 150.00) Filing Fee. Receipt number A22266735. Fee amount 150.00. (re: Doc# 18) (U.S. Treasury) (Entered: 01/05/2024) |
| 01/09/2024 | 19 (4 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Linda St. Pierre on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Spartan Funding I Trust (RE: related document(s)11 Chapter 13 Plan Filed After Commencement filed by Debtor Marita P Rosado). (Attachments: # 1 Certificate of Service) (St. Pierre, Linda) (Entered: 01/09/2024) |
| 01/10/2024 | 20 (1 pg) | Employee Income Records / Copies of Pay Statements Filed by Marita P Rosado (RE: related document(s)6 Deficient Filing Chapter 13) **Filed Via Electronic Dropbox** (nwh) (Entered: 01/10/2024) |
| 01/10/2024 | 21 (1 pg) | Certificate of Credit Counseling for Debtor Filed by Marita P Rosado (RE: related document(s)6 Deficient Filing Chapter 13) **Filed Via Electronic Dropbox** (nwh) (Entered: 01/10/2024) |
| 01/10/2024 | 22 (1 pg) | Certificate of Debtor Education or Official Form 423 Certification About a Financial Management Course filed for Debtor. Debtor Certificate Number: 14912-NYE-DE-038085831 Filed by Marita P Rosado **Filed Via Electronic Dropbox** (nwh) (Entered: 01/10/2024) |
| 01/12/2024 | 23 (1 pg) | Order Granting Motion for Peter E. Meltzer, Esq. To Appear Pro Hac Vice on behalf of Loan Funder LLC, Series 16711 and Loan Funder LLC, Series 18250 (Related Doc:18 Motion for Peter E. Meltzer to Appear Pro Hac Vice). Signed on 1/12/2024. (jag) (Entered: 01/12/2024) |
| 02/05/2024 | 24 (2 pgs) | Affidavit/Certificate of Service *Order on Motion to Appear Pro Hac Vice* Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 16711 (RE: related document(s)23 Order on Motion to Appear Pro Hac Vice) (Meltzer, Peter) (Entered: 02/05/2024) |
| 02/07/2024 | 25 (54 pgs; 8 docs) | Motion for Relief from Stay with the foreclosure on the property known as 12 Ashmall Avenue, Monroe NJ 08831. Objections to be filed on March 19, 2024. Fee Amount $199. Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 16711. Hearing scheduled for |

| | | |
|---|---|---|
| | | 3/26/2024 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino). Brooklyn, NY. (Attachments: # 1 Supplement # 2 Proposed Order # 3 Affidavit # 4 Exhibit exhibit a # 5 Exhibit Exhibit B # 6 Exhibit Exhibit C # 7 Exhibit Exhibit D # 8 Exhibit Certificate of Service) (Meltzer, Peter) (Entered: 02/07/2024) |
| 02/07/2024 | | Receipt of Motion for Relief From Stay( 1-23-44783-jmm) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A22357751. Fee amount 199.00. (re: Doc# 25) (U.S. Treasury) (Entered: 02/07/2024) |
| 02/07/2024 | 26 (57 pgs; 8 docs) | Motion for Relief from Stay with the foreclosure on the property known as 27 Marryott Street, Monroe NJ 08831. Objections to be filed on March 19, 2024. Fee Amount $199. Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 18250. Hearing scheduled for 3/26/2024 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino). Brooklyn, NY. (Attachments: # 1 Supplement # 2 Proposed Order # 3 Affidavit # 4 Exhibit Exhibit A # 5 Exhibit exhibit B # 6 Exhibit Exhibit C # 7 Exhibit Exhibit D # 8 Exhibit Certificate of Service) (Meltzer, Peter) (Entered: 02/07/2024) |
| 02/07/2024 | | Receipt of Motion for Relief From Stay( 1-23-44783-jmm) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A22357861. Fee amount 199.00. (re: Doc# 26) (U.S. Treasury) (Entered: 02/07/2024) |
| 02/13/2024 | 27 (2 pgs; 2 docs) | Notice of Proposed Dismissal for debtors failure to pay the balance due on filing fees in the Amount of: $313.00. (dld) (Entered: 02/13/2024) |
| 02/13/2024 | 28 | Motion to Redact Fee Amount $28. Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 16711 (RE: related document(s)25 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 16711, 26 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 18250). (Attachments: # 1 Proposed Order # 2 Exhibit Certificate of service) (Meltzer, Peter) (Entered: 02/13/2024) |
| 02/13/2024 | | Receipt of Motion to Redact( 1-23-44783-jmm) [motion,mredact] ( 28.00) Filing Fee. Receipt number A22373717. Fee amount 28.00. (re: Doc# 28) (U.S. Treasury) (Entered: 02/13/2024) |
| 02/14/2024 | 29 (1 pg) | Order Directing Clerk's Office to restrict access to the document No. 25 Ex D and No. 26 Ex D. The filer is ordered to re-file the document together with all attachments, redacted as required by Bankruptcy Rule 9037, on or before 3/8/2024 (RE: related document(s)25 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 16711, 26 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 18250). Signed on 2/14/2024. (jag) (Entered: 02/14/2024) |
| 02/15/2024 | 30 (3 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 02/15/2024. (Admin.) (Entered: 02/16/2024) |
| 02/20/2024 | 31 (8 pgs) | Exhibit D Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 16711 (RE: related document(s)25 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 16711) (Meltzer, Peter) (Entered: 02/20/2024) |

| | | |
|---|---|---|
| 02/20/2024 | 32 (8 pgs) | Exhibit D Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 18250 (RE: related document(s)26 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 18250) (Meltzer, Peter) (Entered: 02/20/2024) |
| 02/20/2024 | 33 (2 pgs) | Affidavit/Certificate of Service Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 16711 (RE: related document(s)29 Judicial Determination Concerning Placement of a Restriction on a Filed Document, 31 Exhibit filed by Creditor Loan Funder LLC, Series 16711, 32 Exhibit filed by Creditor Loan Funder LLC, Series 18250) (Meltzer, Peter) (Entered: 02/20/2024) |
| 02/21/2024 | 34 (3 pgs) | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 3/14/2024 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Macco, Michael) (Entered: 02/21/2024) |
| 02/21/2024 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 3/19/2024 at 11:15 AM at Zoom.us/join - Macco: Meeting ID 434 662 7000, Passcode 4501396346, Phone 1 (631) 954-5771. Debtor absent. (Macco, Michael) (Entered: 02/21/2024) |
| 03/04/2024 | 35 (3 pgs; 2 docs) | Amended Notice of Motion/Presentment . Objections to be filed on 03/19/2024. Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 18250 (RE: related document(s)26 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 18250) Hearing scheduled for 3/26/2024 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Exhibit Certificate of Service) (Meltzer, Peter) (Entered: 03/04/2024) |
| 03/05/2024 | 36 (3 pgs; 2 docs) | Amended Notice of Motion/Presentment . Objections to be filed on March 19, 2024. Filed by Peter Meltzer on behalf of Loan Funder LLC, Series 18250 (RE: related document(s)26 Motion for Relief From Stay filed by Creditor Loan Funder LLC, Series 18250) Hearing scheduled for 3/26/2024 at 10:00 AM at Courtroom 3529 (Judge Mazer-Marino), Brooklyn, NY. (Attachments: # 1 Exhibit Certificate of Service) (Meltzer, Peter) (Entered: 03/05/2024) |
| 03/14/2024 | | Hearing Held; Appearances: Peter Corey Representing Trustee - (RE: related document(s) 34 Chapter 13 Trustee's Motion to Dismiss Case) - No Opposition - Granted; Submit Order (tml) (Entered: 03/15/2024) |
| 03/14/2024 | | Hearing Held; Appearances: Peter Corey Representing Trustee - (RE: related document(s) 11 Chapter 13 Plan Filed After Commencement Filed by Debtor Marita P Rosado) - Marked Off / Motion to dismiss Granted (tml) (Entered: 03/15/2024) |
| 03/24/2024 | 37 (3 pgs; 3 docs) | Order Dismissing Case with Notice of Dismissal (RE: related document(s)34 Chapter 13 Trustee's Motion to Dismiss Case). Signed on 3/24/2024. (jag) (Entered: 03/25/2024) |
| 03/26/2024 | | Receipt of Chapter 13 Filing Fee - $313.00. Receipt Number 10333189. (LS) (admin) (Entered: 03/26/2024) |

| | | |
|---|---|---|
| 03/27/2024 | | Final Installment Payment Verified by Financial (dld) (Entered: 03/27/2024) |
| 03/27/2024 | [38](#) (4 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 03/27/2024) |
| 03/27/2024 | [39](#) (3 pgs) | BNC Certificate of Mailing with Notice of Dismissal Notice Date 03/27/2024. (Admin.) (Entered: 03/28/2024) |
| 04/09/2024 | [40](#) (2 pgs; 2 docs) | Order to Close Dismissed Case (ch13c4dsm) (Entered: 04/09/2024) |
| 04/09/2024 | | Close Bankruptcy Case (ch13disms) (Entered: 04/09/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/04/2025 11:48:37 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1-23-44783-jmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 5 | Cost: | 0.50 |