# EXHIBIT D

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

**26432-39699**
Loan Number

**$679,000**
As-Is Price

*Please Note: This report was completed with the following assumptions: Market Approach: **Fair Market Price**, Marketing Time: **Typical**. Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral part of this report.*

| | | | |
|---|---|---|---|
| **Address** | 96 New Hyde Park Road, Franklin Square, NY 11010 | **Order ID** | 9637939 |
| **Inspection Date** | 09/26/2024 | **Date of Report** | 09/26/2024 |
| **Loan Number** | 26432-39699 | **APN** | 33397 00200 |
| **Borrower Name** | MARITA ROSADO | **County** | Nassau |
| **Property ID** | 35982376 | | |

**Tracking IDs**

| | | | |
|---|---|---|---|
| **Order Tracking ID** | 554afca3-a66d-4c65-9d42-c07262ad1eed | **Tracking ID 1** | 554afca3-a66d-4c65-9d42-c07262ad1eed |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| Owner | HAPPY HOME LIFE LLC |
| R. E. Taxes | $10,387 |
| Assessed Value | $481 |
| Zoning Classification | Residential |
| Property Type | Duplex |
| Occupancy | Occupied |
| Ownership Type | Fee Simple |
| Property Condition | Average |
| Estimated Exterior Repair Cost | $0 |
| Estimated Interior Repair Cost | $0 |
| Total Estimated Repair | $0 |
| HOA | No |
| Visible From Street | Visible |
| Road Type | Public |

**Condition Comments**
Subject is in average condition.

## Neighborhood & Market Data

| | |
|---|---|
| Location Type | Suburban |
| Local Economy | Stable |
| Sales Prices in this Neighborhood | Low: $645,000<br>High: $919,000 |
| Market for this type of property | Remained Stable for the past 6 months. |
| Normal Marketing Days | <90 |

**Neighborhood Comments**
Neighborhood area has an average inventory of foreclosure and short sale activity and is mostly owner occupied. The vacancy rate is low because both investors as well as owner occupants are attracted to this area, properties are overall well maintained.

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

**26432-39699**
Loan Number

**$679,000**
As-Is Price

## Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| Street Address | 96 New Hyde Park Road | 1096 Cathedral Ave | 28 Crown Ave | 186 Meacham Ave |
| City, State | Franklin Square, NY | Franklin Square, NY | Elmont, NY | Elmont, NY |
| Zip Code | 11010 | 11010 | 11003 | 11003 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. | -- | 0.45 [1] | 0.84 [1] | 0.92 [1] |
| Property Type | Duplex | Duplex | Duplex | Duplex |
| Original List Price $ | $ | $699,990 | $785,000 | $889,000 |
| List Price $ | -- | $699,990 | $785,000 | $889,000 |
| Original List Date | | 09/09/2024 | 07/08/2024 | 07/03/2024 |
| DOM · Cumulative DOM | -- · -- | 16 · 17 | 79 · 80 | 84 · 85 |
| Age (# of years) | 116 | 77 | 73 | 64 |
| Condition | Average | Average | Average | Good |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories Colonial | 2 Stories Cape | 2 Stories Duplex | 2 Stories Contemporary |
| # Units | 2 | 2 | 2 | 2 |
| Living Sq. Feet | 1,310 | 1,326 | 1,536 | 1,728 |
| Bdrm · Bths · ½ Bths | 3 · 2 | 4 · 2 | 4 · 2 · 1 | 4 · 3 |
| Total Room # | 7 | 8 | 8 | 13 |
| Garage (Style/Stalls) | None | Detached 1 Car | Detached 1 Car | Detached 1 Car |
| Basement (Yes/No) | Yes | Yes | Yes | No |
| Basement (% Fin) | 50% | 0% | 100% | 0% |
| Basement Sq. Ft. | 650 | 650 | 750 | -- |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.09 acres | 0.13 acres | 0.09 acres | 0.07 acres |
| Other | None | None | None | None |

\* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** Superior in age, bedroom and lot size, equal in GLA and bathroom.
**Listing 2** Superior in age, GLA and bedroom, equal in bathroom and lot size.
**Listing 3** Superior in age, condition, GLA, bathroom and bedroom, inferior in lot size.

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

**26432-39699** Loan Number

**$679,000** As-Is Price

## Recent Sales

| | Subject | Sold 1 | Sold 2 * | Sold 3 |
|---|---|---|---|---|
| Street Address | 96 New Hyde Park Road | 30 Mckinley Ave | 249 Lenox Pl | 417 Saint Luke Pl |
| City, State | Franklin Square, NY | Franklin Square, NY | Franklin Square, NY | Franklin Square, NY |
| Zip Code | 11010 | 11010 | 11010 | 11010 |
| Datasource | Tax Records | Public Records | MLS | MLS |
| Miles to Subj. | -- | 0.36 [1] | 0.33 [1] | 0.99 [1] |
| Property Type | Duplex | Duplex | Duplex | Duplex |
| Original List Price $ | -- | $618,000 | $599,998 | $708,800 |
| List Price $ | -- | $61,800 | $599,998 | $718,880 |
| Sale Price $ | -- | $618,000 | $650,000 | $760,000 |
| Type of Financing | -- | Unknown | Conv | Conv |
| Date of Sale | -- | 05/06/2024 | 12/21/2023 | 06/06/2024 |
| DOM · Cumulative DOM | -- | 118 · 184 | 12 · 102 | 15 · 156 |
| Age (# of years) | 116 | 103 | 98 | 78 |
| Condition | Average | Average | Average | Average |
| Sales Type | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| Location | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| View | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| Style/Design | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| # Units | 2 | 2 | 2 | 2 |
| Living Sq. Feet | 1,310 | 1,284 | 1,388 | 1,547 |
| Bdrm · Bths · ½ Bths | 3 · 2 | 2 · 2 | 2 · 2 | 5 · 3 |
| Total Room # | 7 | 5 | 8 | 11 |
| Garage (Style/Stalls) | None | None | None | Detached 1 Car |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 50% | 0% | 0% | 100% |
| Basement Sq. Ft. | 650 | 600 | 650 | 750 |
| Pool/Spa | -- | -- | -- | -- |
| Lot Size | 0.09 acres | 0.09 acres | 0.09 acres | 0.13 acres |
| Other | None | None | None | None |
| Net Adjustment | -- | +$8,000 | +$8,250 | -$75,450 |
| Adjusted Price | -- | $626,000 | $658,250 | $684,550 |

\* Sold 2 is the most comparable sale to the subject.

[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Recent Sales - Cont.

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

- **Sold 1** Equal in age, GLA and lot size, inferior in bedroom and bathroom. Adjustments: bedroom $5,000.00, F basement $3,000.00.
- **Sold 2** Equal in age, GLA, and lot size, inferior in bedroom. Adjustments: bedroom $5,000.00, F basement $3,250.00.
- **Sold 3** Superior in age, GLA, bedroom, bathroom, and lot size. Adjustments: age -$19,000.00, GLA -$23,700.00, bedroom -$10,000.00, bathroom -$5,000.00, gararge -$10,000.00, F basement -$3,750.00, lot -$4,000.00.

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Subject Sales & Listing History

| | | | |
|---|---|---|---|
| Current Listing Status | Not Currently Listed | Listing History Comments | |
| Listing Agency/Firm | | The subject was not sold/listed in the last 12 months. | |
| Listing Agent Name | | | |
| Listing Agent Phone | | | |
| # of Removed Listings in Previous 12 Months | 0 | | |
| # of Sales in Previous 12 Months | 0 | | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $714,000 | $714,000 |
| **Sales Price** | $679,000 | $679,000 |

**Comments Regarding Pricing Strategy**

I went back 12 months, 1 mile in distance, and even with relaxing GLA, age, and bed/bath search criteria, I could not find comps that were sold in the past 3 months, I had to use S1 with a GLA difference of more than 15% to find comps that I can use to complete this order. The comps used are the best possible currently available within 1 mile and are all from the same market, The adjustments are sufficient for this area to account for the differences between the subject and comparable. Subject As Is value was determined by bracketing the sold comps, The subject condition was based only on an exterior visual inspection. and the photos that have been uploaded. A licensed real estate broker prepared this evaluation, which is not an appraisal. This evaluation cannot be used to obtain financing. Notwithstanding any preprinted language, this is not an appraisal of the propertys market value. If an appraisal is needed, the services of a licensed or certified appraiser must be obtained.

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes** The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Subject Photos


Front


Address Verification


Side


Side


Street


Street

Client(s): Loan Funder LLC    Property ID: 35982376    Effective: 09/26/2024    Page: 7 of 15

**DRIVE-BY BPO**
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Subject Photos



Other



Other

**DRIVE-BY BPO**
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Listing Photos

**L1** 1096 Cathedral Ave
Franklin Square, NY 11010



Front

**L2** 28 Crown Ave
Elmont, NY 11003



Front

**L3** 186 Meacham Ave
Elmont, NY 11003



Front

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Sales Photos

**S1** 30 Mckinley Ave
Franklin Square, NY 11010



Front

**S2** 249 Lenox Pl
Franklin Square, NY 11010



Front

**S3** 417 Saint Luke Pl
Franklin Square, NY 11010



Front

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

**26432-39699**
Loan Number

**$679,000**
As-Is Price

## ClearMaps Addendum

**Address** ☆ 96 New Hyde Park Road, Franklin Square, NY 11010
**Loan Number** 26432-39699   **Suggested List** $714,000   **Suggested Repaired** $714,000   **Sale** $679,000

ClearCapital — SUBJECT: 96 New Hyde Park Rd, Franklin Square, NY 11010

| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ★ Subject | 96 New Hyde Park Road, Franklin Square, NY 11010 | -- | Parcel Match |
| L1 Listing 1 | 1096 Cathedral Ave, Franklin Square, NY 11010 | 0.45 Miles [1] | Parcel Match |
| L2 Listing 2 | 28 Crown Ave, Elmont, NY 11003 | 0.84 Miles [1] | Parcel Match |
| L3 Listing 3 | 186 Meacham Ave, Elmont, NY 11003 | 0.92 Miles [1] | Parcel Match |
| S1 Sold 1 | 30 Mckinley Ave, Franklin Square, NY 11010 | 0.36 Miles [1] | Parcel Match |
| S2 Sold 2 | 249 Lenox Pl, Franklin Square, NY 11010 | 0.33 Miles [1] | Parcel Match |
| S3 Sold 3 | 417 Saint Luke Pl, Franklin Square, NY 11010 | 0.99 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

**26432-39699**
Loan Number

**$679,000**
As-Is Price

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

# DRIVE-BY BPO
by ClearCapital

**96 NEW HYDE PARK ROAD**
FRANKLIN SQUARE, NY 11010

26432-39699
Loan Number

$679,000
As-Is Price

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
Instructions last updated: 07/03/2024

Purpose:
Please determine a Fair market price for this property at which it would sell in a typical marketing time for the area.
Comparable Requirements:
If any of the following comparable criteria cannot be met, the commentary is required as to why you expanded your search, and what the effect on price will be.

1. Use comps from the same neighborhood, block or subdivision.
2. Use REO comparables only if the market is driven by REOs and they are comparable in characteristics and condition.
3. Use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
Property Condition Definitions:
1. Poor: Uninhabitable or severely damaged from fire, flood, vandalism or mold
2. Fair: Repairs needed, may not be eligible for all forms of financing, below the neighborhood average
3. Average: Minor cosmetic or no repairs needed; typical for the neighborhood, move-in ready but no significant updates or renovations
4. Good: Above average, move in ready, no repairs necessary and has recent and significant updates and/or renovations (or, for customers that do not provide for 'Average', any move-in ready property)
5. Excellent: Newer construction (1-5 years) or high end luxury
Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient, factual detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as substantiated distance to amenities, parks, schools, commercial or industrial influences, REO activity, traffic, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report.
7. Please do not accept if you or your office has completed a report on this property in the last month, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.
11. When commenting on the subject property or comp selections, refrain from the use of unsupported or subjective terms to assess or rate, such as, but not limited to, "high," "low," "good," "bad," "fair," "poor," "strong," "weak," "rapid," "slow," "fast" or "average" without providing a foundation for analysis and contextual information. It is inappropriate to add language that could indicate unconscious bias, including but not limited to: "pride of ownership," "crime-ridden area," "desirable neighborhood or location" or "undesirable neighborhood or location
Undue Influence Concerns
Please contact uiprovider@clearcapital.com for any Undue Influence concerns.
Independence Hotline
Please notify Clear Capital of any independence concerns by calling (530) 550-2138
Terms of Use, Code of Conduct and Professional Discretion:
Due to the importance of an independent opinion of price, please do not discuss your price with

**DRIVE-BY BPO**
by ClearCapital

96 NEW HYDE PARK ROAD  
FRANKLIN SQUARE, NY 11010

26432-39699  
Loan Number

$679,000  
As-Is Price

---

### Report Instructions - cont.

anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.

If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.

All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Photo Instructions:

In the case of camera malfunction and/ or if an inspector fails to inspect the property, it is prohibited to request another individual for photos.

1. Photos should be clear of car window glare, door frames, and mirrors. Please step outside of the vehicle when taking photos.
2. Current and original photos of all sides of the subject (back of the subject in available)
3. Damages (upload enough photos to support your repair cost estimates)
4. Please provide close up photos of the subjects roof
5. Two street scene photos, one looking each direction down the street
6. One view photo looking across the street from the subject
7. One address verification photo
8. MLS photos of all (3) sold comparables, if available
9. MLS photos of all (3) listing comparables, if available